UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC MORALES,<br><br>                   Plaintiff,<br><br>        -*against*-<br><br>'B' POST OFFICER JOHN DOE,<br>WARDEN OF EMTC FACILITY, CITY OF<br>NEW YORK, JOHN DOE, *and*<br>DEPARTMENT OF CORRECTION,<br><br>                 Defendants. | **ORDER OF SERVICE<br>AND VALENTIN ORDER**<br><br>25-CV-4170 (ER) |

EDGARDO RAMOS, United States District Judge:

Isaac Morales, who is detained on Rikers Island, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that while detained at the Eric M. Taylor Center (the "EMTC"), Defendants failed to protect him from an assault by another detainee. Doc. 1. Morales names as Defendants "B Post Officer John Doe," the EMTC Warden, the City of New York, and the New York City Department of Correction ("DOC").[1] *Id*.

The Court granted Morales's request to proceed *in forma pauperis* ("IFP") on June 30, 2025. Doc. 6. On July 28, 2025, the Court issued an order dismissing the DOC as defendant, asking the City of New York and the EMTC Warden to waive service of summons, and directing the New York City Law Department to identify B Post Officer John Doe. Doc. 8. On August 26, 2025, the waiver of service for the EMTC Warden was returned unexecuted because "Warden EMTC [was] on vacation until 09/02/25[.] Will be served upon return." Doc. 10. Since then, there has been no activity in this case. In particular, it does not appear that the City has identified B Post Officer John Doe, and the EMTC Warden has not been served.

---

[1] Morales also names a "John Doe" in the caption of the complaint but does not provide a description of this individual.

As stated in the Court's previous order, under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Morales supplies sufficient information to permit the DOC to identify "B Post Officer John Doe." It is therefore ordered that the New York City Law Department ascertain the identity and badge number of the defendant whom Morales seeks to sue here and the address where the defendant may be served.[2] The Law Department must provide this information to Morales and the Court within sixty days of the date of this order. Within thirty days of receiving this information, Morales must file an amended complaint naming the defendant. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Morales should complete is attached to this order. Once Morales has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking the newly named Defendant to waive service.

The Clerk of Court is respectfully directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York and the Warden of the EMTC waive service of summons, and that the New York City Law Department respond as directed in the *Valentin* order. The Clerk of Court is also directed terminate the DOC as a defendant.

---

[2] If the defendant is a current or former DOC employee or official, the Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility. If the defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the Law Department must provide a residential address where the individual may be served.

SO ORDERED.

Dated:    April 7, 2026
          New York, New York

_____
          EDGARDO RAMOS
          United States District Judge

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____

(Include case number if one has been assigned)

**AMENDED**

## COMPLAINT

(Prisoner)

Do you want a jury trial?
☐ Yes      ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name   Middle Initial   Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City       State    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name                    Last Name                         Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                             State                    Zip Code

Defendant 2:

First Name                    Last Name                         Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                             State                    Zip Code

Defendant 3:

First Name                    Last Name                         Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                             State                    Zip Code

Defendant 4:

First Name                    Last Name                         Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                             State                    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:

Page 6