UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MORALES,

                    Plaintiff,

          -against-

'B' POST OFFICER JOHN DOE,
WARDEN OF EMTC FACILITY, CITY OF
NEW YORK, JOHN DOE,  and
DEPARTMENT OF CORRECTION,

                    Defendants.

**VALENTIN ORDER**

25-CV-4170 (ER)

EDGARDO RAMOS, United States District Judge:

Isaac Morales, who is detained on Rikers Island, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that while detained at the Eric M. Taylor Center (the "EMTC"), Defendants failed to protect him from an assault by another detainee.  Doc. 1.  One of the defendants that Morales names is the EMTC Warden.  *Id*.

The Court granted Morales's request to proceed *in forma pauperis* ("IFP") on June 30, 2025.  Doc. 6.  On July 28, 2025, the Court issued an order requesting that the EMTC Warden waive service of summons.  Doc. 8.  On August 26, 2025, the waiver of service for the EMTC Warden was returned unexecuted because "Warden EMTC [was] on vacation until 09/02/25[.] Will be served upon return."  Doc. 10.  After over seven months of inactivity, on April 7, 2026, the Court issued another order of service as to the EMTC Warden, requesting that the EMTC Warden waive service of summons.  Doc. 11.  On April 20, 2026, the waiver of service for the EMTC Warden was again returned unexecuted because the New York City Department of Corrections ("DOC") "need[ed] more information for identification."  Doc. 12.

As stated in the Court's previous orders, under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant.  121 F.3d 72, 76 (2d Cir.

1997).  As Morales provides the date of the alleged assault in the complaint, Morales supplies

sufficient information to permit the DOC to identify the EMTC Warden.  *See* Doc. 1.  It is

therefore ordered that the New York City Law Department ascertain the identity of the defendant

whom Morales seeks to sue here and the address where the defendant may be served.[1]  The Law

Department must provide this information to Morales and the Court within sixty days of the date

of this order.  Within thirty days of receiving this information, Morales must file an amended

complaint naming the defendant.  The amended complaint will replace, not supplement, the

original complaint.  Once Morales has filed an amended complaint, the Court will screen the

amended complaint and, if necessary, issue an order asking the newly named defendant to waive

service.

Pursuant to the electronic service agreement between the Court and the New York City

Department of Correction, the Clerk of Court is directed to electronically notify the New York

City Law Department and the New York City Department of Correction of this order.  The Court

requests that the New York City Law Department respond as directed.

SO ORDERED.

Dated:    April 22, 2026
          New York, New York

EDGARDO RAMOS
United States District Judge

---

[1] If the defendant is a current or former DOC employee or official, the Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility.  If the defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the Law Department must provide a residential address where the individual may be served.

2