UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MORALES,

                            Plaintiff,

        -against-

'B' POST OFFICER JOHN DOE,
WARDEN OF EMTC FACILITY, CITY OF
NEW YORK, *and* JOHN DOE,

                            Defendants.

**ORDER OF SERVICE**

25-cv-04170 (ER)

EDGARDO RAMOS, United States District Judge:

Isaac Morales, who is detained on Rikers Island, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that while detained at the Eric M. Taylor Center (the "EMTC"), Defendants failed to protect him from an assault by another detainee.  Doc. 1.

In previous *Valentin* orders dated July 28, 2025, April 7, 2026, and April 22, 2026, the Court directed the Corporation Counsel for the City of New York, who is the attorney for and agent of the New York City Department of Correction, to ascertain the identity of 'B' Post Officer John Doe and the Warden of the EMTC Facility.[1]  Docs. 8, 11, 13.[2]  In letters dated June 5 and June 23, 2026, the Corporation Counsel provided full names and addresses for both 'B' Post Officer John Doe and the Warden of the EMTC Facility.  Docs. 16, 19.

---

[1] In his complaint, Morales also names a "John Doe," but because the complaint did not provide a description of this individual, the Court did not issue a *Valentin* order as to that defendant.  *See* Doc. 11 at n.1.

[2] In each of those *Valentin* orders, the Court also stated that after the defendants were identified by the Corporation Counsel, Morales would need to file an amended complaint properly naming the defendants.  Docs. 8, 11,13. However, as indicated below, in light of Morales' *pro se* status, the Court is directing the Clerk of Court to substitute the properly named defendants for the ambiguously identified defendants.  Accordingly, there is no need for Morales to file an amended complaint for the purposes of properly identifying 'B' Post Officer John Doe and Warden of the EMTC Facility.

The Clerk of Court is respectfully directed to amend the caption in this action and substitute Correction Officer Brandon Myers, Shield No. 19503 for 'B' Post Officer John Doe and Former Assistant Commissioner (Warden) Sonia Harvey for Warden of EMTC Facility. With respect to defendant Myers, the Clerk of Court is respectfully directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order.  The Court requests that Myers waive service of summonses.  With respect to defendant Harvey, to allow Morales to effect service through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form).  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Harvey.

SO ORDERED.

Dated:    June 25, 2026
          New York, New York

_____
                    EDGARDO RAMOS
                    United States District Judge

2

## SERVICE ADDRESS

1.        Former Assistant Commissioner (Warden) Sonia Harvey
          New York City Department of Correction
          75-20 Astoria Boulevard
          Suite #305
          East Elmhurst, NY 11370