UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MORALES,

Plaintiff,

*-against-*

BRANDON MYERS, *Correction Officer, Shield No. 19503*, SONIA HARVEY, *Former Assistant Commissioner (Warden)*, CITY OF NEW YORK, *and* JOHN DOE,

Defendants.

**ORDER OF SERVICE**

25-cv-04170 (ER)

EDGARDO RAMOS, United States District Judge:

Isaac Morales, who is detained on Rikers Island, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that while detained at the Eric M. Taylor Center (the "EMTC"), Defendants failed to protect him from an assault by another detained person. Doc. 1.

In previous *Valentin* orders dated July 28, 2025, April 7, 2026, and April 22, 2026, the Court directed the Corporation Counsel for the City of New York ("Corporation Counsel"), who is the attorney for and agent of the New York City Department of Correction, to ascertain the identity of 'B' Post Officer John Doe and the Warden of the EMTC Facility.[1] Docs. 8, 11, 13. In letters dated June 5 and June 23, 2026, the Corporation Counsel provided full names and addresses for both 'B' Post Officer John Doe and the Warden of the EMTC Facility. Docs. 16, 19.

Accordingly, on June 25, 2026, the Court issued an order of service as to the newly named correction officer, Brandon Myers, and former warden of EMTC, Sonia Harvey. *See*

[1] In his complaint, Morales also names a "John Doe," but because the complaint did not provide a description of this individual, the Court did not issue a *Valentin* order as to that defendant. *See* Doc. 11 at n.1.

Doc. 20. On July 27, 2026, both newly named defendants filed executed waivers of service. *See* Docs. 23, 24.

On August 21, 2026, Corporation Counsel wrote this Court, advising that while they had initially identified ‘B’ Post Officer John Doe as correction officer Brandon Myers, after additional investigation, they have believed that Morales intended to name correction officer Julien Myers instead. *See* Doc. 26. Corporation counsel requests: (1) that the Court substitute Julien Myers for Brandon Myers and (2) that remaining defendants’ deadline to respond to the complaint be extended until thirty days after Julien Myers is served. *Id.*

The requests are granted. Defendant correction officer Brandon Myers is dismissed from the instant action without prejudice. Defendant Harvey and the City’s deadlines to respond to Morales’ complaint are extended until thirty days after defendant Julien Myers is served.

The Clerk of Court is respectfully directed to terminate correction officer Brandon Myers and to add defendant Correction Officer Julien Myers, Shield No. 20544. Further, the Clerk of Court is respectfully directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that defendant Julien Myers waive service of summonses.

SO ORDERED.

Dated: August 24, 2026
New York, New York

EDGARDO RAMOS
United States District Judge